IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-00156-M-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| FERMIN EDUARDO MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' Notice of Appeal from Magistrate [Judge's] Order Denying Pretrial Detention [DE 27], construed by the court as a motion pursuant to 18 U.S.C. § 3145(a)(1). The motion is GRANTED IN PART as follows. The order issued on September 25, 2025, by the Honorable Michelle M. Pettit, U.S. Magistrate Judge for the Southern District of California, authorizing the release of the defendant, Fermin Eduardo Medina, shall be stayed until further order of this court, and the defendant shall remain in the custody of the United States Marshal's Service (USMS) pending further proceedings before this court on the government's motion to revoke the release order.

In addition, the USMS shall promptly transport Defendant from the Southern District of California to the Eastern District of North Carolina for such proceedings, and shall promptly inform the court upon Defendant's arrival in the District. If transportation of the Defendant takes longer than thirty (30) days to complete, the USMS shall promptly notify the court. The court reserves ruling regarding the government's request to review the release order, pending a hearing.

SO ORDERED this 1st of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE